UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Byron Geovanny Arevalo Fajardo, Carlos Martell,
Jose Gutierrez, Juan Pereyra, Inigo Mendoza
Ramirez (a/k/a Eduardo Mendoza Ramirez), Miguel Garrido,
Reymundo Chavez Hernandez (a/k/a Ramon Chavez
Hernandez), Richard Xavier Hernandez, and Sebastian
Alfredo Espinosa Vargas (a/k/a Sebby Espinosa Vargas),
on behalf of themselves and other similarly situated in
the propose FLSA Collective Action,

                            Case No.  21-cv-05236

           Plaintiff,
  -against-              **NOTICE OF APPEARANCE**

WB Maintenance & Design Group Inc., W.B. &
Son Construction Corp., Wladimir Briceno, Betty
Briceno, Jeissy Briceno, and Jeimy Briceno,

             Defendants.
------------------------------------------------------------------X

**PLEASE TAKE NOTICE THAT,** I, Stephen D. Hans, of the law firm of Stephen D. Hans & Associates, P.C., hereby appear as lead counsel for Defendants WB MAINTENANCE & DESIGN GROUP INC., WLADIMIR BRICENO, BETTY BRICENO, JEISSY BRICENO, and JEIMY BRICENO in the above-captioned action. I certify that I am admitted to practice before this Court.

Dated: Long Island City, New York
    November 1, 2021

                 STEPHEN D. HANS & ASSOCIATES, P.C.

              By: **/s/Stephen D. Hans**
                Stephen D. Hans (SH-0798)
                30-30 Northern Boulevard, Suite 401
                Long Island City, New York 11101
                Tel: 718.275.6700
                Fax: 718.275.6704
                Email: shans@hansassociates.com