

90 Broad Street, 10th Floor
New York, New York 10004
**O:** 212.386.7606
**F:** 332.777.1884
www.kilegal.com

December 3, 2021

**VIA ECF**
Hon. Sanket J. Bulsara, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:   **Arevalo Fajardo, et al. v. WB Maintenance & Design Group, et al.**
            **Civil No. 1:21-cv-5236-PKC-SJB**

Dear Judge Bulsara:

    We represent the Defendants in the above-referenced matter. We are in receipt of Mr. Mizrahi's letter motion of today's date. Mr. Mizrahi's purported motion for "an emergency protective order" is not supported by competent evidence. Fed. R. Civ. P. 65 requires that applications for temporary restraining orders be supported by "specific facts in an affidavit or a verified complaint." No such affidavit has accompanied this motion. It is troubling that Plaintiffs' counsel has asked the Court for extraordinary relief with only rank hearsay as support. This is a frivolous application containing inflammatory hearsay allegations and deliberate misinformation to prejudice the Defendants. We will be asking Plaintiffs' counsel to withdraw this baseless motion pursuant to Rule 11.

    We respectfully request the Court to deny Plaintiffs' application for an "emergency protective order." Defendants reserve the right to submit a more fulsome response to Plaintiff's motion, should he submit actual evidence in support of it.

                                                       Respectfully submitted,

                                          By:  <u>s/ Steven Siegler</u>
                                                  Steven Siegler, Esq (SS 1224)

cc:   Jason Mizrahi, Esq. (via ECF)