UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
BYRON GEOVANNY AREVALO
FAJARDO, et al.,

                Plaintiffs,   **TEMPORARY RESTRAINING ORDER**
                                                            21-CV-5236 (PKC) (SJB)

    - against -

WB MAINTENANCE & DESIGN GROUP
INC., et al.,

                Defendants.
-------------------------------------------------------x

PAMELA K. CHEN, United States District Judge:

      IT IS HEREBY ORDERED that Defendants Wladimir Briceno, Betty Briceno, Jeissy Briceno, Jeimy Briceno, Alexander Briceno,[1] and their employees, agents, representatives, attorneys, servants and all persons acting on their behalf (collectively, the "Bricenos"), are restrained and enjoined from contacting or communicating with any local, state or federal government official or agency, including but not limited to the United States Attorney General, the United States Attorney, the New York State Attorney General, the United States Department of Labor, the New York State Police, the INS, the United States Department of Homeland Security, and the United States State Department, with regard to the immigration or employment status of Plaintiffs Byron Geovanny Arevalo Fajardo, Carlos Martell ("Martell"), Jose Gutierrez, Juan Pereyra, Iñigo Mendoza Ramirez (a/k/a Eduardo Mendoza Ramirez), Miguel Garrido, Reymundo Chavez Hernandez (a/k/a Ramon Chavez Hernandez), Richard Xavier Hernandez, Sebastian

---

[1] Alexander Briceno is not currently a Defendant in this case, but he is alleged to have engaged in the retaliatory assault on Plaintiff Martell and Plaintiffs' letter requesting this temporary restraining order represents that Alexander Briceno will be added as a Defendant as part of the claims supporting the issuance of the temporary restraining order.

Alfredo Espinosa Vargas (a/k/a Sebby Espinosa Vargas), Jairo Rivas, Elias Ordones, and George Palta (collectively, "Plaintiffs"), and their attorneys; and it is further

ORDERED that the Bricenos are restrained and enjoined from contacting, threatening, harassing, intimidating, following, and/or assaulting Plaintiffs, in any form; and it is further

ORDERED that the Bricenos are restrained and enjoined from any retaliation, in any form, against Plaintiffs; and it is further

ORDERED that if the Bricenos fail to comply with this temporary restraining order, they each, jointly and severally, may be held in either civil or criminal contempt, or both; and it is further

ORDERED that this temporary restraining order shall remain in full force and effect until December 20, 2021; and it is further

ORDERED that the requirement of bond or other security under Rule 65(c) of the Federal Rules of Civil Procedure is waived and that Plaintiffs shall not be required to post bond or other security in connection with the relief granted herein.

SO ORDERED.

*/s/ Pamela K. Chen*
Pamela K. Chen
United States District Judge

Dated: December 6, 2021
        Brooklyn, New York