# EXHIBIT B

# New York City Police Department
## Omniform System - Complaints

| Report Cmd: 114 | Jurisdiction: N.Y. POLICE DEPT | ICAD#: | Record Status: Final, Initial Arrests made | Public Omni: NO | Complaint #: 2021-114-012428 | No Other Legacy Blue Versions | No Other Complaint Revisions |
|---|---|---|---|---|---|---|---|

| Occurrence Location: FRONT OF 62-01 NORTHERN BOULEVARD | NYC Parks Dept. Property | Precinct: 114 |
|---|---|---|
| Name Of Premise: | Did this offense occur on NYC Parks Dept. Property? NO | Sector: A |
| Premises Type: DRY CLEANER/LAUNDRY | Command: | Beat: |
| Location Within Premise: OTHER TURBO LAUNDRY LIMITED | NYC Parks Dept. Property Name: | Post: |
| Visible By Patrol?: NO | | |

| Occurrence From: 2021-12-02 20:30 THURSDAY | Aided # 000003342 |
|---|---|
| Occurrence thru: 2021-12-02 20:35 | Accident # |
| Reported: 2021-12-03 17:42 | O.C.C.B. # |
| Complaint Received: WALK-IN | |

| Classification: ASSAULT | Case Status: OPEN |
|---|---|
| Attempted/Completed: COMPLETED | Unit Referred To: P.D.U. |
| Most Serious Offense Is: MISDEMEANOR | Clearance Code: |
| PD Code: 101   ASSAULT 3 | Log/Case #: 0 |
| PL Section: 12000 | Clearance Arrest Id: |
| Keycode: 344   ASSAULT 3 & RELATED OFFENSES | Clearance AO Cmd: |
| | File #: 38 |
| | Prints Requested? NO |

**Confirmed Shots Fired?** NO

**Possible Hate Crime?** NO

| Is This Related To Stop And Frisk Report: NO | SQF Number: 0000-000-00000 | Was The Victim's Personal Information Taken Or Possessed? NO | Was The Victim's Personal Information Used To Commit A Crime? NO |
|---|---|---|---|
| Gang Related? NO | Detective Borough Wheel Log #: | Name Of Gang: | Child Abuse Suspected? NO |
| DIR Required? NO | Child in Common? NO | Intimate Relationship? NO | Officer Body Worn Camera: NO |

| **If Burglary:** | **Alarm:** | **If Arson:** | **Taxi Robbery:** |
|---|---|---|---|
| Forced Entry? | Bypassed? | Structure: | Partition Present: NO |
| Structure: | Comp Responded?: | Occupied?: | Amber Stress Light Activated: NO |
| Entry Method: | Company Name/Phone: - - | Damage by: | Method of Conveyance: |
| Entry Location: | Crime Prevention Survey Requested?: | | Location of Pickup: |
| | Complaint/Reporter Present?: | | |

| Supervisor On Scene - Rank / Name / Command: | Canvas Conducted: NO | Translator(if used): |
|---|---|---|

**NARRATIVE:**
AT TPO C/V STATES HE TOOK HIS LAUNDRY IN ABOVE LISTED PREMISE, AFTER PUTTING LAUNDRY IN THE WASHING MACHINE, C/V WENT INTO HIS CAR TO TAKE A NAP FOR 10-15 MINUTES. C/V THEN WAS ATTACKED BY LISTED PERP. C/V WAS HIT IN THE HEAD CAUSING PHYSICAL INJURY TO C/V. C/V HAS A BLACK EYE AND SMALL LACERATION ON HIS HEAD. C/V RMA AT PCT.

### No NYC TRANSIT Data for Complaint # 2021-114-012428

| Total Victims: 1 | Total Witnesses: 0 | Total Reporters: 1 | Total Wanted: 1 |
|---|---|---|---|

| VICTIM: # 1 of 1 | Name: | Complaint#: |
|---|---|---|

| | | |
|---|---|---|
| | **MARTELL,CARLOS** | **2021-114-012428** |

| | | |
|---|---|---|
| Nick/AKA/Maiden: | | Suspected Gang Member: **NO** |
| UMOS: **NO** | | Name: |
| Sex/Type: **MALE** | | Identifiers: |
| Race: **HISPANIC WHITE** | | |
| Age: **38** | | |
| Date Of Birth: **10/21/1983** | | |
| Disabled? **NO** | | Will View Photo: **YES** |
| Is this person not Proficient in English?: | | Will Prosecute: **YES** |
| If Yes, Indicate Language: | | Notified Of Crime Victim Comp. Law: **YES** |
| N.Y.C.H.A Resident? **NO** | | |
| Is Victim fearful for their safety / life? **YES** | | |
| Escalating violence / abuse by suspect? **YES** | | |
| Were prior DIR's prepared for C/V? **NO** | | |

| LOCATION | ADDRESS | CITY | STATE/COUNTRY | ZIP | APT/ROOM |
|---|---|---|---|---|---|
| HOME-PERMANENT | 23-62 32 STREET | QUEENS | NEW YORK | 11105 | |

Phone #: **HOME: Not Provided/Unavailable CELL: 347-848-6463 BUSINESS:Not Provided/Unavailable BEEPER: Not Provided/Unavailable E-MAIL: Not Provided/Unavailable**

| Action against Victim: | Actions Of Victim Prior To Incident: **INSIDE VEHICLE** |
|---|---|
| Victim Of Similar Incident: **NO** | If Yes, When And Where |

## REPORTER: # 1 of 1

| | Name: **MARTELL,CARLOS** | Complaint #: **2021-114-012428** |
|---|---|---|

| | | |
|---|---|---|
| Nick/AKA/Maiden: | | Suspected Gang Member: **NO** |
| Sex/Type: **MALE** | | Name: |
| Race: **WHITE HISPANIC** | | Identifiers: |
| Age: **038** | | |
| Date Of Birth: **10/21/1983** | | |
| Is this person not Proficient in English?: **NO** | | Relationship To Victim: |
| If Yes, Indicate Language: | | |

| Location | Address | City | State/Country | Zip | Apt/Room |
|---|---|---|---|---|---|
| HOME-PERMANENT | 23-62 32 STREET | QUEENS | NEW YORK | 11105 | |

Phone #: **HOME: - - CELL: 347-848-6463 BUSINESS: - - BEEPER: - - E-MAIL:**

## WANTED: # 1 of 1

| | Name: **BRICENOS, ALEXANDRA** | Complaint#: **2021-114-012428** | Arrested: **NO** |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Nick/AKA/Maiden: | Height: **5FT10IN** | | Order Of Protection: **NO** |
| Sex: **UNKNOWN** | Weight: **0** | | Issuing Court: |
| Race: | Eye Color: | | Docket #: |
| Age: | Hair Color: | | Expiration Date: |
| Date Of Birth: **UNKNOWN** | Hair Length: | | Order of Protection Violated? |
| U.S. Citizen: | Hair Style: **UNKNOWN** | | Does Suspect abuse Drugs / Alcohol? **NO** |
| Place Of Birth: | Skin Tone: **LIGHT** | | Suspect threatened /attempted suicide? **NO** |
| Is this person not Proficient in English?: **NO** | Complexion: **CLEAR** | | Is the suspect Parole / Probation? **NO** |
| If Yes, Indicate Language: | | | Relation to Victim: **ACQUAINTANCE** |
| Accent: **NO** | S.S. #: **0** | | Living together: **NO** |
| | | | Can be Identified: **YES** |

| | | |
|---|---|---|
| | | Suspected Gang Member: **NO** |
| | | Name: |
| | | Identifiers: |

| LOCATION | ADDRESS | CITY | STATE/COUNTRY | ZIP | APT/ROOM | HOW LONG? | RES. PCT |
|---|---|---|---|---|---|---|---|

Phone #: **HOME: - - CELL: - - BUSINESS: - - BEEPER: - - E-MAIL:**

| N.Y.C.H.A. Resident: **NO** | N.Y.C. Housing Employee: **NO** | On Duty: **NO** |
|---|---|---|
| Development: | N.Y.C. Transit Employee: **NO** | |

Physical Force: **USED**

| Weapons: | | | |
|---|---|---|---|
| | Gun: | | |
| Weapon Used/Possessed: NONE | Make: | Recovered: | |
| Non-Firearm Weapon: | Caliber: | Serial Number Defaced: | |
| Other Weapon Description: | Color: | Serial Number: | |
| | Type: | | |
| | Other/Gun Specify: | | |
| | Discharged: NO | | |

| | |
|---|---|
| Used Transit System: | |
| Station Entered: | |
| Time Entered: | |
| Metro Card Type: | |
| Metro Card Used/Poses: | |
| Card #: | |

| CRIME DATA | DETAILS |
|---|---|
| STATEMENTS MADE | "I KNOW WHERE YOUR FAMILY LIVES, THIS IS GOING TO HAPPEN TO EVERYONE" |
| METHOD OF FLIGHT | VEHICLE |
| MODUS OPERANDI | ASSAULT |
| ACTIONS TOWARD VICTIM | INJURY USING PHYSICAL FORCE |
| CLOTHING | FOOTWEAR -WORK BOOTS -YELLOW |
| CLOTHING | OUTERWEAR -SWEATER OR VEST -BLACK |
| CLOTHING | ACCESSORIES -UNK -UNKNOWN COLOR |
| CLOTHING | HEADGEAR -UNK -UNKNOWN COLOR |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | -UNKNOWN |
| IMPERSONATION | UNKNOWN |

**ARRESTS:**  Complaint # 2021-114-012428

| Arrest ID | Status | Defendant Name | Sex | Race | Age | Arrest Date |
|---|---|---|---|---|---|---|
| Q21632755 | ACTIVE | BRICENO, ALEXANDER | MALE | HISPANIC WHITE | 40 | 12/07/2021 |

**No IMEI Data for Complaint # 2021-114-012428**

| Reporting/Investigating M.O.S. Name:<br>POM MARTINO THOMAS | Tax #:<br>960893 | Command:<br>114 PCT | Rep.Agency:<br>NYPD |
|---|---|---|---|
| Supervisor Approving Name:<br>SGT SPENCER TEKA | Tax #:<br>948190 | Command:<br>114 PCT | Rep.Agency:<br>NYPD |
| Complaint Report Entered By:<br>POM MARTINO | Tax #:<br>960893 | Command:<br>114 PCT | Rep.Agency:<br>NYPD |
| Signoff Supervisor Name:<br>SGT SPENCER | Tax #:<br>948190 | Command:<br>114 PCT | Rep.Agency:<br>NYPD |

END OF COMPLAINT REPORT
# 2021-114-012428