UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
BYRON GEOVANNY AREVALO
FAJARDO, et al.,

                          Plaintiffs,

            - against -

WB MAINTENANCE & DESIGN GROUP
INC., et al.,

                          Defendants.
-------------------------------------------------------x

                                        **PRELIMINARY INJUNCTION**
                                        21-CV-5236 (PKC) (SJB)

PAMELA K. CHEN, United States District Judge:

IT IS HEREBY ORDERED that Defendants Jeissy Briceno and Alexander Briceno,[1] and

their employees, agents, representatives, attorneys, servants and all persons acting on their behalf

(collectively, the "Bricenos"), are restrained and enjoined from contacting or communicating with

any local, state or federal government official or agency, including but not limited to the United

States Attorney General, the United States Attorney, the New York State Attorney General, the

United States Department of Labor, the New York State Police, the INS, the United States

Department of Homeland Security, and the United States State Department, with regard to the

immigration or employment status of Plaintiffs Byron Geovanny Arevalo Fajardo, Carlos Martell

("Martell"), Jose Gutierrez, Juan Pereyra, Iñigo Mendoza Ramirez (a/k/a Eduardo Mendoza

Ramirez), Miguel Garrido, Reymundo Chavez Hernandez (a/k/a Ramon Chavez Hernandez),

Richard Xavier Hernandez, Sebastian Alfredo Espinosa Vargas (a/k/a Sebby Espinosa Vargas),

---

[1] At a conference held on December 20, 2021, the Court granted Plaintiffs leave to amend
their complaint to, *inter alia*, add Alexander Briceno as a Defendant.

Jairo Rivas, Elias Ordones, and George Palta (collectively, "Plaintiffs"), and their attorneys; and it is further

ORDERED that the Bricenos are restrained and enjoined from contacting, threatening, harassing, intimidating, following, and/or assaulting Plaintiffs, in any form; and it is further

ORDERED that the Bricenos are restrained and enjoined from any retaliation, in any form, against Plaintiffs; and it is further

ORDERED that if the Bricenos fail to comply with this preliminary injunction, they each, jointly and severally, may be held in either civil or criminal contempt, or both; and it is further

ORDERED that this preliminary injunction shall remain in full force and effect until further order of this Court or the resolution of this case, whichever occurs first; and it is further

ORDERED that the requirement of bond or other security under Rule 65(c) of the Federal Rules of Civil Procedure is waived and that Plaintiffs shall not be required to post bond or other security in connection with the relief granted herein.

SO ORDERED.

/s/ Pamela K. Chen
Pamela K. Chen
United States District Judge

Dated: December 20, 2021
       Brooklyn, New York

2