# WHITE, CIRRITO, NALLY & LYNCH, LLP

Attorneys at Law
64 Hilton Avenue (**note new address**)
Hempstead, New York 11550

---------

| | | |
|---|---|---|
| William J. White (1929-2000) | (516) 292-1818 | |
| Mary Ellen Cirrito | **FAX** (516) 489-1940 | --------- |
| Michael L. Cirrito | --------- | |
| James P. Nally* | **E-mail:** Info@WhiteandCirrito.Com | Glendy L. Chamaidan, L.A. |
| Christopher M. Lynch† | | Alaina P. Finamore, L.A. |
| Jennifer D'Ambrosio | | Cristal Acosta, L.A. |

--------
*Admitted in NY & CT
†Admitted in NY & NJ

**VIA EDNY EFILE**

February 3, 2022

Magistrate Judge Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: <u>Byron Geovanny Arevalo Fajardo et al. v. WB Maintenance & Design Group Inc. et al.</u>
       Case No. 1:21-cv-05236-PKC-SJB
       Letter Motion requesting extension of time to submit Answer for Alexander Briceno
       from February 4, 2022 to March 4, 2022

Your Honor,

  This office has just been retained to represent Defendant Alexander Briceno ("Defendant") in the above-referenced action. The deadline for Defendant to submit his answer to the Amended Complaint is currently February 4, 2022. I write to respectfully request an extension of time to submit an Answer to the Amended Complaint on behalf of Defendant to March 4, 2022.

  The reason I am submitting this request is that my office was just retained yesterday and will need time to review the docket herein and prepare an answer to the 295-paragraph Amended Complaint. This request is made on consent of counsel for all parties to this action, and Defendant waives any objection to service of process.

            Very truly yours,
            WHITE, CIRRITO, NALLY & LYNCH, LLP

            /s/Christopher M. Lynch

            CHRISTOPHER M. LYNCH, ESQ.
            (CL9047)

1:21-cv-05236-PKC-SJB
Feb. 3, 2022
2 of 2

cc via EFile:  Levin-Epstein & Associates, P.C.
Attorneys for Plaintiffs
60 East 42nd Street
Suite 4700
New York, New York 10165
(212) 792-0046

Koutsoudakis & Iakovou Law Group, PLLC
Attorneys for Defendants WB Maintenance & Design Group Inc.,
W.B. & Son Construction Corp., Wladimir Briceno, Betty Briceno,
Jeissy Briceno, and Jeimy Briceno
40 Wall Street, Ste 49th Floor
New York, New York 10005
(212) 404-8644