

40 Wall Street, 49th Floor
New York, NY 10005
O: (212) 404-8644
F: (332) 777-1884
kilegal.com

July 22, 2022

**Via ECF**
Hon. Pamela K. Chen, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    **Fajardo, et al. v. WB Maintenance & Design Group Inc., et al.**
            **Civil No. 1:21-cv-5236-PKC-SJB**
            **NOTICE OF FILING OF BANKRUPTCY PETITIONS**

Dear Judge Chen:

We represent Defendants W.B. Maintenance & Design Group Inc., W.B. & Son Construction Corp., Wladimir Briceno, Betty Briceno, Jeissy Briceno, and Jeimy Briceno in the above-referenced matter. Please be advised that the corporate defendants have voluntarily filed for bankruptcy with the following petitions:

- W.B. Maintenance & Design Group Inc., Bankruptcy Petition #1:22-41759-ess; and
- W.B. & Son Construction Corp., Bankruptcy Petition #1:22-41758-nhl.

Bankruptcy petitions have also been filed for entities whom the Plaintiffs could potentially name as employers in the FLSA action:

- WB Maintenance Inc., Bankruptcy Petition #1:22-41755-jmm
- Go-Pro Maintenance Inc., Bankruptcy Petition #1:22-41756-ess
- W.B. Maintenance & Repair Corp., Bankruptcy Petition #1:22-41757-ess

By this letter, we are notifying counsel for Plaintiffs and counsel for defendant Alex Briceno of same.

Respectfully submitted,

Steven Siegler, Esq.

cc:    Jason Mizrahi, Esq. (via ECF)
         Christopher Lynch (via ECF)