UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BYRON GEOVANNY AREVALO FAJARDO,
CARLOS MARTELL, JOSE GUTIERREZ,
JUAN PEREYRA, IÑIGO MENDOZA RAMIREZ
(A/K/A EDUARDO MENDOZA RAMIREZ),
MIGUEL GARRIDO, REYMUNDO CHAVEZ
HERNANDEZ (A/K/A RAMON CHAVEZ
HERNANDEZ), RICHARD XAVIER HERNANDEZ,
AND SEBASTIAN ALFREDO ESPINOSA
VARGAS (A/K/A SEBBY ESPINOSA VARGAS),
JAIRO RIVAS, ELIAS ORDONES, AND GEORGE
PALTA ON BEHALF OF THEMSELVES AND
OTHER SIMILARLY SITUATED IN THE PROPOSED
FLSA COLLECTIVE ACTION,

       Plaintiffs,      JUDGMENT
 v.              21-cv-05236-PKC-SJB

WB MAINTENANCE & DESIGN GROUP, INC.,
W.B. & SON CONSTRUCTION CORP.,
WLADIMIR BRICENO, BETTY BRICENO,
JEISSY BRICENO, JEIMY BRICENO, AND
ALEXANDER BRICENO,

       Defendants.
-----------------------------------------------------------------X

  A notice of acceptance of a Rule 68 Offer of Judgment having been filed on October 16, 2023; and defendants, WB MAINTENANCE & DESIGN GROUP, INC., W.B. & SON CONSTRUCTION CORP., WLADIMIR BRICENO, BETTY BRICENO, JEISSY BRICENO, JEIMY BRICENO, AND ALEXANDER BRICENO, having offered to allow entry of judgment to be taken against them and in favor of Plaintiffs BYRON GEOVANNY AREVALO FAJARDO, CARLOS MARTELL, JOSE GUTIERREZ, JUAN PEREYRA, IÑIGO MENDOZA RAMIREZ (A/K/A EDUARDO MENDOZA RAMIREZ), MIGUEL GARRIDO, REYMUNDO CHAVEZ HERNANDEZ (A/K/A RAMON CHAVEZ HERNANDEZ), RICHARD XAVIER HERNANDEZ, AND SEBASTIAN ALFREDO

ESPINOSA VARGAS (A/K/A SEBBY ESPINOSA VARGAS), JAIRO RIVAS, ELIAS ORDONES, AND GEORGE PALTA in the amount of $530,000.00; it is

ORDERED and ADJUDGED that judgment is entered in favor of Plaintiffs BYRON GEOVANNY AREVALO FAJARDO, CARLOS MARTELL, JOSE GUTIERREZ, JUAN PEREYRA, IÑIGO MENDOZA RAMIREZ (A/K/A EDUARDO MENDOZA RAMIREZ), MIGUEL GARRIDO, REYMUNDO CHAVEZ HERNANDEZ (A/K/A RAMON CHAVEZ HERNANDEZ), RICHARD XAVIER HERNANDEZ, AND SEBASTIAN ALFREDO ESPINOSA VARGAS (A/K/A SEBBY ESPINOSA VARGAS), JAIRO RIVAS, ELIAS ORDONES, AND GEORGE PALTA and against defendants, WB MAINTENANCE & DESIGN GROUP, INC., W.B. & SON CONSTRUCTION CORP., WLADIMIR BRICENO, BETTY BRICENO, JEISSY BRICENO, JEIMY BRICENO, AND ALEXANDER BRICENO, in the amount of $530,000.00.

Dated: Brooklyn, New York  
       October 18, 2023

Brenna B. Mahoney  
Clerk of Court

By:   */s/Jalitza Poveda*  
      Deputy Clerk